LAWRENCE-SMITH SCHOOL, INC., Appellant, *v.* CITY OF NEW YORK, Respondent.

Argued April 20, 1939; decided May 23, 1939.

*Nathan A. Smyth* for appellant.

*William C. Chanler, Corporation Counsel (Arthur A. Segall, Edward J. McGratty, Jr.,* and *Spencer Byard* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.